GRACE: Nwokeji-Iwuala
62 Maywood St,
Rox. Ma. 02119.
12/1/04.

Vs

Emp. Unit. ID. 72-604250.
12/1/04

Roxbury Multi-Service Centre
317 Blue Hill Ave,
Roxch. Ma. 02120.

① I, Grace Nwokeji-Iwuala is a resident of Roxbury, Ma, and a citizen of United States.

② Roxbury Multi-Service is an non-profit organization in Roxbury, Mass, in the United States.

③ This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

④ On April 15th, 2003, I was hired as a family Home Based stabilization Social worker/clinician as a professional employee. My job description consists of doing mostly Home visits to clients home.

⑤ Employees are worked on scheduled to clients home to do counseling and come back to office whenever needed to complete the day job.

⑥ I worked under supervision and who is a director to the family stabilization Home based Mr. Stephen Mether.

⑦ Mr. Mether do most of Home visit with me and at the end of the week, he reviewed my

time sheets are approved. His signature is for payment. I have not encounter any issue/problems on regards to time sheet.

Towards end of November 2003, Mr. Mether left his position (agency) to another organization. The other two employees that was at present with me also left the organization. So I was only left with another supervisor from another dept. to oversee and worked with me untill another supervisor is hired.

Most of the home visit I was doing, was done with my new supervisor, Ms Jenny Haley. In one occasion I had an emergency to live early to pick up my daughter and I confirmed with Ms Haley so that I will make it up in the morning to arrive a little early.

On January 17, 2004, I was summoned for a meeting with the agency President Ms. Brenda and Ms Haley. On that meeting they presented that I submitted a fraud

time sheet (3) does not correspond with hours that I claimed that I worked.

During the meeting the agency Director was attacking and harassing me to admit that I stole the hours and I want to embezzle the company's money.

When I responded to my direct supervisor that this is unfair that you lied about me to get me in trouble. Ms Brenda ordered me to leave the room. The next day she called me in the office to addressed that based on the fraud & embezzlement she discovered to dope her agency that she does not have any choice but to terminate my employment. She handed a check for that week which is half of a check I received every two wks. The company took my two weeks

pay check, hours of my vacation unpaid and mental destruction and emotional suffering. They gave me package of unemployment information to follow up.

On January 21, 2004, I filed for unemployment and the Agency refused and claimed that I did not worked for those hours. I filed for a hearing, because the disqualify and judge against me because during the hearing the interviewer did not give me chance to state my own side of the story. She allowed the agency most of the time to state their case.

I went back to appeal on the decision, I was also denied and ask to bring it to "Massachussetts District Court"