C.it. No. 04-12555-DPW

62 Maywood St,
Roxbury-Ma-02119.
1/4/2005.

Dear Ms. Morse; B

I am writing to respond a good cause why my case should not be dismissed for the reasons therein.

Please find enclosed copies of my unemployment benefits I received bi-weekly; which does not carry me for a month. This is because of other bills I have to pay to keep up with my family daily.

I am the only head of household. I do not receive any child support though divorce case is on pending. I have been financially drained out. Every money I have saved for the past years has been exhausted. Because, I havn't been able to secure a job.

Please if the court will consider given me a court appointed lawyer, it will really help me to seek justice with my case issue. I thank you for all your co-operations to this matter. God bless you.

Sincerely
Grace Nwoken-Inwala Celegrah- 1/4/05