Scanned

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:04-CV-12555-DPW

I, Grace Nwokeji-Iwuala declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____   Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  10/27/04
   BEST TEAM
   29 Staniford St, 2nd Fl. Boston, Ma. 02114

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

(5)

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount. $177 ≤

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.
   One of the state properties owed & purchased by me. The value now is up to $250,000 ≤.
   1 car, monthly payment ($668)

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Amanda Nwokeji - Daughter. 100%. $200 monthly.
   Amira       " - Iwuala    "       "      "      "
   Jaira    Elliot     Niece    30%   $50    "
   Jareh     "  "      Nephew   25%   $40    =
   Judith    "  "      (Niece Mom) 25%  $50   ≤

I declare under penalty of perjury that the above information is true and correct.

12/14/04                                    
_____                                 _____
   Date                                     Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**IMPORTANT MESSAGE:**

The attached claim form is marked void and cannot be used to claim benefits.

PAYMENT AMOUNTS IN EXCESS OF $999.00 WILL BE ISSUED IN MORE THAN ONE CHECK IN SEPARATE MAILINGS.

**TELECLAIM CENTER:** Call 1-877-626-6800 if you are calling from area codes 351, 413, 508, 774 and 978. From any other area code, call 617-626-6800.

111304

| WEEK ENDING | GROSS EARNINGS | DEP ALLOW | EARNINGS | PENSION | DEDUCTIONS CHILD SUPP | OVER PYMT | FED TAX | STATE TAX | HEALTH INS | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/06/04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 339.00 |
| 11/06/04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| SOC. SEC ACCT NO | BENEFIT RATE | CHECK NO | CHECK DATE | CHECK AMOUNT | BALANCE |
|---|---|---|---|---|---|
| XXX-XX-3771 | 0.00 | 19-001329 | 11/13/04 | 339.00 | 0.00 |

PAYMENT IS FOR

**Commonwealth of Massachusetts**
**Division of Unemployment Assistance**

| Week Ending | Week Ending |
|---|---|
| 11/06/04 | 11/06/04 |

23

TO THE COMMISSIONER, MASSACHUSETTS DIVISION OF UNEMPLOYMENT ASSISTANCE, PAYABLE THROUGH ANY BANK OR TRUST COMPANY, COLLECTIBLE THROUGH THE BOSTON CLEARING HOUSE    **SOVEREIGN BANK**

19-001329   52-7524/113

PAY ***THREE HUNDRED THIRTY-NINE AND 00/100

TO THE ORDER OF:

GRACE    N    NWOKEJI-IWUALA
62 MAYWOOD ST
ROXBURY        MA    02119-2125

NOT VALID IF IN EXCESS OF $999.00

| Dollars | Cents |
|---|---|
| **339 | .00 |

VOID 90 DAYS FROM DATE OF CHECK

| Mo. | Day | Yr. |
|---|---|---|
| 11/13/04 | | |

⑈⑈00౹౽00౹౩౨౽⑈  ⑆:0౹౹౩౽5౽౻5:  000888804౻8⑈

IMPORTANT MESSAGE:



SEE OTHER SIDE FOR REMINDERS

**TELECLAIM CENTER:** Call 1-877-626-6800 if you are calling from area codes 351, 413, 508, 774 and 978. From any other area code, call 617-626-6800.

112404

| WEEK ENDING | GROSS EARNINGS | DEP ALLOW | EARNINGS | PENSION | DEDUCTIONS CHILD SUPP | OVER PYMT | FED TAX | STATE TAX | HEALTH INS | NET PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/04 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 339.00 |
| 11/20/04 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 339.00 |

| SOC. SEC ACCT NO | BENEFIT RATE | CHECK NO | CHECK DATE | CHECK AMOUNT | BALANCE |
|---|---|---|---|---|---|
| XXX-XX-3771 | 289.00 | 19-113315 | 11/24/04 | 678.00 | 6647.00 |

# Sovereign Bank

STATEMENT OF ACCOUNTS

1-877-SOV-BANK (1-877-768-2265)   www.sovereignbank.com   **BASIC SAVINGS**

**BASIC SAVINGS**                      Statement Period 09/21/04 - 12/20/04

GRACE N NWOKEJI CUST
AMANDA N NWOKEJI-IWUALA UTMA                         Account # ●●●●●●●03

## Balances

| | | | |
|---|---|---|---|
| Beginning Balance | $199.79 | Current Balance | $176.91 |
| Deposits/Credits | + $0.12 | Average Daily Balance | $188.90 |
| Withdrawals/Debits | − $23.00 | | |

## Interest

| | | | |
|---|---|---|---|
| Paid this Period * | $ 0.12 | Annual Percentage Yield Earned | 0.25% |
| Earned this Period | $ 0.12 | Paid Last Year | $1.20 |
| Paid Year-To-Date | $ 0.71 | | |

*The interest earned and the interest paid may differ depending on when interest is credited to your account.

## Service Fees

| | # Transactions | Fee | Total |
|---|---|---|---|
| MONTHLY MAINTENANCE FEE | 1 | 1.00 | $1.00 |
| Total | | | $1.00 |

## Account Activity

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 09-21 | **Beginning Balance** | | | $199.79 |
| 10-20 | TOTAL SERVICE FEES | | $1.00 | $198.79 |
| 10-20 | INTEREST CREDIT | $0.04 | | $198.83 |
| 11-19 | TOTAL SERVICE FEES | | $1.00 | $197.83 |
| 11-19 | INTEREST CREDIT | $0.04 | | $197.87 |
| 12-08 | WTHDRWL | | $20.00 | $177.87 |
| 12-20 | TOTAL SERVICE FEES | | $1.00 | $176.87 |
| 12-20 | INTEREST CREDIT | $0.04 | | $176.91 |
| 12-20 | **Ending Balance** | | | $176.91 |