```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

GRACE NWOKEJI-IWUALA            )
                                )
            Plaintiff,          )
                                ) Civil Action No. 04-12555-DPW
      v.                        )
                                )
ROXBURY MULTI-SERVICE CENTER,   )
                                )
            Defendant.          )

                         ORDER OF DISMISSAL

<u>WOODLOCK, D.J.</u>

    In accordance with this Court's order dated <u>May 11, 2005</u>, it is ORDERED that the within action be and it is hereby dismissed.

                              By the Court,


Date: <u> 5/12/05 </u>        By <u> s/ Barbara Morse </u>
                                 Deputy Clerk